JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-317-RSL |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT |
| FIDEL MORALES-ROMERO, ) | |
| Defendant. ) | |

The Court, having reviewed the unopposed motion of the defense, and the defendant's agreement to extend the time for an Indictment, finds as to the facts agreed to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii). The parties also believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial.

2. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(*Fidel Morales-Romero;* CR15-317-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from September 28, 2015, to October 31, 2015.

IT IS FURTHER ORDERED that the period of delay from September 28, 2015, to October 31, 2015, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 *et seq.*

DONE this 24th day of September, 2015

_____
Robert S. Lasnik
United States District Judge

Presented by,

*s/ Russell V. Leonard*
Russell V. Leonard
Assistant Federal Public Defender
Attorney for Fidel Morales-Romero

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(*Fidel Morales-Romero;* CR15-317-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100